UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY FELIX FERNANDEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No. 2:24-cv-181-DAD-CSK<br><br>ORDER TO SHOW CAUSE |

This case proceeds against the Commissioner under 42 U.S.C. § 405(g).[1] On March 15, 2024, the Commissioner filed the administrative transcript. (EFC No. 9.) Under the operative scheduling order, Plaintiff's motion for summary judgment was due within 30 days of service of the administrative transcript. (*See* ECF No. 8 at ¶ 3(b).) That deadline has now passed without any filing from Plaintiff. Thus, Plaintiff is ORDERED TO SHOW CAUSE, within 14 days of the date of entry of this order, why this case should not be dismissed for failure to prosecute.

Dated:  April 22, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

3, fern.181

---

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c)(15).

1