Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
12362 Beach Boulevard, Suite 21
Stanton, California 90680
(714) 901-1222
(714) 901-1220 (F)
sima@aghailaw.com

Attorney for Plaintiff HENRY FELIX FERNANDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY FELIX FERNANDEZ, <br><br>   Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY <br> Commissioner of Social Security, <br><br>   Defendant | CASE NO. 2:24-cv-0181 DAD-CSK <br><br> ORDER EXTENDING THE BRIEFING SCHEDULE |

Based upon the parties' Stipulation for Extension of the Briefing Schedule, and for good cause shown, **IT IS ORDERED** that Plaintiff shall have a twenty-one-day extension, from April 15, 2024 to May 6, 2024, in which to submit his motion for judgment in support of the Complaint. All other dates in the Court's Scheduling Order are extended accordingly.

Dated: April 29, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Order re First Stipulation for Extension of Briefing Schedule