1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HENRY FELIX FERNANDEZ,                    No.  2:24-cv-00181-DAD-CSK

12                 Plaintiff,

13          v.                                 ORDER ADOPTING THE PARTIES'
                                               STIPULATION FOR THE AWARD OF
14   COMMISSIONER OF SOCIAL                    ATTORNEY'S FEES UNDER THE EQUAL
     SECURITY,                                 ACCESS TO JUSICE ACT
15
                 Defendant.                    (Doc. No. 28)
16

17          On January 16, 2024, plaintiff Henry Felix Fernandez filed this action seeking review of a

18   final decision of defendant Commissioner of Social Security.  (Doc. No. 1.)  On June 11, 2024,

19   the matter was remanded to the Commissioner of Social Security for further proceedings pursuant

20   to 42 U.S.C. § 405(g).  (Doc. No. 26.)  On September 7, 2024, the parties filed a stipulation with

21   the court in which the parties agree that plaintiff shall be awarded attorney's fees under the Equal

22   Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $7,277.00.  (Doc. No. 28.)

23          Good cause appearing, and pursuant to the parties' September 7, 2024 stipulation, the

24   court orders as follows:

25          1.      Pursuant to the EAJA, 28 U.S.C. § 2412(d), plaintiff is awarded attorney's fees in

26                  the amount of $7,277.00;

27          2.      After the issuance of this order, the government shall consider the assignment of

28                  the EAJA attorney's fees to plaintiff's counsel;

                                                    1

    a.    Pursuant to the decision in *Astrue v. Ratliff*, 560 U.S. 586 (2010), any such assignment will depend on whether the attorney's fees are subject to any offset allowed under the United States Department of Treasury's ("the DOT") Offset Program;

    b.    Fees shall be made payable to plaintiff, but if the DOT determines that plaintiff does not owe a federal debt, then the government shall cause the payment of attorney's fees to be made directly to plaintiff's counsel, Sima Aghai;

3.    Whether the payment of attorney's fees is made payable to plaintiff or to his counsel, the check shall be mailed to plaintiff's counsel's mailing address at:

> Sima Aghai
> Law Offices of Sima G. Aghai
> 12362 Beach Blvd.
> Suite 21
> Stanton, CA 90680

IT IS SO ORDERED.

Dated:   **September 10, 2024**                    _____

                                        DALE A. DROZD
                                        UNITED STATES DISTRICT JUDGE